UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 09 B 14405 |
| **Robert J. Aylsworth,** | ) | Judge Eugene R. Wedoff |
| | ) | Hearing: Tuesday, |
| Debtor. | ) | September 7, 2010 at 10:00 a.m. |

### ORDER AUTHORIZING SUBSTITUTION OF ATTORNEYS

This matter coming on to be heard on the application of Philip V. Martino, Trustee herein, for the entry of an order due notice of the application having been given; the Court (i) having examined the application and affidavit, and (ii) being fully advised in the premises:

**IT IS HEREBY ORDERED THAT:**

1. This matter is a core proceeding, and this Order is a final order, as those terms are used in as defined in 28 U.S.C. §§ 157 and 158.

2. Shannon F. O'Boye and Philip V. Martino and the law firm of Quarles & Brady LLP, shall be Trustee's counsel in this case.

3. James R. Irving and the law firm of DLA Piper US LLP shall be relieved of all further responsibility for the representation of Trustee in this case.

4. All further pleadings, correspondence and other documents in this case shall be directed to: Philip V. Martino and Shannon F. O'Boye, Quarles & Brady LLP, 300 North LaSalle Street, Suite 4000, Chicago, Illinois 60654.

5. This order is effective immediately.

ENTER: _Carl A. Doyle_
United States Bankruptcy Judge

9/7/10

QB\11141207.1