UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 09 B 14405 |
| **ROBERT J. AYLSWORTH,** | ) | Judge Eugene R. Wedoff |
| | ) | Hearing Date: Wednesday |
| **Debtor.** | ) | October 13, 2010 at 9:30 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, October 13, 2010, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Room 744, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other Judge sitting in his place or stead, and then and there present the *First and Final Application for Allowance of Compensation and Costs for DLA Piper LLOP (US), attorneys for Philip V. Martino, Trustee for the Bankruptcy Estate of Robert J. Aylsworth*, a copy of which is hereby served upon you, at which time and place you may appear as you see fit.

**PHILIP V. MARTINO, TRUSTEE**

By:   /s/ Shannon F. O'Boye
One of his attorneys

Philip V. Martino (ARDC #06183648)
Shannon F. O'Boye (ARDC #6300441)
**QUARLES & BRADY LLP**
300 North LaSalle Street
Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000

QB\10557583.1

### CERTIFICATE OF SERVICE

Shannon F. O'Boye, an attorney, certifies that on the 8th day of September, 2010, she caused the foregoing *Notice of Motion and First and Final Application for Allowance of Compensation and Costs for DLA Piper LLOP (US), attorneys for Philip V. Martino, Trustee for the Bankruptcy Estate of Robert J. Aylsworth* to be filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered.

In addition, the parties listed on the attached Service List were served by U.S. Mail, first-class postage prepaid on the 8th day of September, 2010.

/s/ Shannon F. O'Boye
Shannon F. O'Boye

QB\11180318.1

U.S. Trustee
Room 873
219 South Dearborn
Chicago, IL 60604

Kori M Bazanos
Law Offices of Kori M. Bazanos
100 West Monroe Street
Suite 2100
Chicago, IL 60603

Robert J. Aylsworth
220 Elmwood Avenue
Wilmette, IL 60091

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Horshe Hammond
777 Casino Center Drive
Hammond, IN 46320

Fiesta Palms LLC
c/o Crane Heyman, *et al.*
Suite 3705
135 South LaSalle Street
Chicago, IL 60603

Desert Palace, Inc.
c/o Robert G. Aisenstein
2114 Fountain Springs Drive
Henderson, NV 89074

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

John Aylsworth
Lance R. Minor
Belofsky & Belofsky PC
33 North Dearborn Street, Suite 2330
Chicago, IL 60602

Bank of America NA
P.O. Box 26012, NC4-105-02-99
Greensboro, NC 27420

JobPlex Inc.
c/o Gerald L. Maatman Jr.
Seyfarth Shaw LLP
131 South Dearborn, Suite 2400
Chicago, IL  60603

Illinois Tollway
P.O. Box 5201
Lisle, IL  60532

James Irving
DLA Piper LLP (US)
Suite 1900
203 North LaSalle Street
Chicago, IL  60601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 09 B 14405 |
| **ROBERT J. AYLSWORTH,** | ) | Judge Eugene R. Wedoff |
| | ) | Hearing Date: Wednesday |
| **Debtor**. | ) | October 13, 2010 at 9:30 a.m. |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND COSTS FOR DLA PIPER LLP (US), ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF ROBERT J. AYLSWORTH

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to DLA Piper LLP (US) ("**DLA Piper**"), attorneys for Trustee of compensation of $11,380.50 for 27.7 hours of legal services rendered to Trustee and requests compensation for certain and necessary costs incurred in connection with this case in the amount of $82.35 from July 20, 2009 to the present.

In support of this Final Application, Trustee states as follows:

### I. COMMENCEMENT OF PROCEEDING

1.    On April 22, 2009, (the "**Petition Date**"), Debtors filed a chapter 7 petition for bankruptcy which initiated the above-captioned bankruptcy case, a which time Philip V. Martino was appointed Trustee.

2.    On June 10, 2009, the 341 meeting was held.

3.    Trustee is currently holding approximately $40,010.64 in his Trustee bank account for this matter.

4.    On November 24, 2009, this court entered an order allowing Trustee to employ DLA Piper LLP (US) as his attorney, retroactive to July 20, 2009.

5.      All professional services for which compensation is requested herein were performed by DLA Piper and on behalf of the Trustee and not for or on behalf of any creditor or any other person. Trustee separately accounts for his services as trustee herein, and does not request interim compensation for those services at this time.

## NATURE OF LEGAL SERVICES PERFORMED BY
## DLA PIPER LLP (US)

6.      DLA Piper has served as counsel for the Trustee at all times during these proceedings. DLA Piper has devoted its time to legal matters in this case, including the following:

### A. EMPLOYMENT OF PROFESSIONAL PERSONS

7.      DLA Piper prepared, drafted and obtained court approval to retain DLA Piper as Trustee's attorney, and McVey & Parsky, LLC as special counsel for Trustee. In connection with these matters, DLA Piper expended 4.4 hours for which it requests compensation of $1,600.00. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | .50 |
| James Irving | 3.90 |

### B. ASSETS

8.      Debtor's assets included several bank accounts (approximately $13,493.00), minority interests in several partnerships, a pending lawsuit, and a partially exempt automobile which Debtors paid the estate $11,600.00 to keep. The primary unliquidated asset is a lawsuit Debtor had filed against his former employer, who had filed a counterclaim and objection to Debtor's dischargeability. Because of the counterclaim, Debtor's pre-petition counsel was

QB\11180318.1

unwilling to take this matter on a contingency.  To encourage bidding for the asset, Trustee directed DLA Piper to prepare an application to sell the cause of action to the defendant. Predictably, Debtor objected; unpredictably, Debtor found competent counsel to hand the matter on a contingency.  Trustee directed DLA Piper to withdraw the sale motion and to retain special counsel.  He also directed DLA Piper to resist the defendant's efforts to stay proceedings or to retain jurisdiction over all aspects of the litigation in bankruptcy court.  In connection therewith, DLA Piper expended 18.10 hours and for which it requests compensation of $7,473.50.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 3.80 |
| James R. Irving | 14.30 |

### C.  GENERAL REPRESENTATION

9.      Debtor's estate generated a number of minor issues–stay relief, exemptions and the like.  In connection therewith, DLA Piper expended 5.20 hours and for which it requests compensation of $2,307.00.  An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(3).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 1.30 |
| James R. Irving | 3.90 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

9.      Since July 20, 2009, DLA Piper has devoted 27.7 hours to represent the Trustee, and has provided this estate with actual and necessary legal services worth $11,380.50.  In

addition, DLA Piper requests reimbursement of real and necessary costs in the amount of $82.35

for duplicating (at $.10 per page) and delivery (at actual costs).    Attached as **Exhibit B** is a

summary of those charges.

10.    Attached as **Exhibit C** is a biographical sketch (including billing rates) of the

DLA Piper personnel who performed services on this matter during the term of this Application.

11.    Attached as **Exhibit D** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.    Authorizing to DLA Piper (US) compensation in this bankruptcy proceeding in

the amount of $11,380.50 for actual, necessary and valuable professional services rendered;

B.    Authorizing to DLA Piper LLP (US) reimbursement of real and necessary costs in

the amount of $82.35; and

C.    For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:    /s/Philip V. Martino
Trustee

Philip V. Martino (ARDC #06183648)
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

4


DLA PIPER

P. Martino
Page: 3

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000002
Invoice # 2481797

*Matter:* **Professional Retention**

**Fees:**

| <u>Date</u> | <u>Description</u> | <u>Timekeeper</u> | <u>Hours</u> |
|------|-------------|------------|-------|
| 07/21/09 | Review conflicts search results for connections. | Martino, Philip V. | 0.20 |
| 07/22/09 | Revise application to retain. | Martino, Philip V. | 0.30 |
| 09/25/09 | Attend to affidavit to support motion to retain special counsel, correspondence with K. Bazanos regarding the same. | Irving, James R. | 0.30 |
| 09/30/09 | Conference with K. Bazanos re: retention of special counsel (.3); correspondence with P. Martino and J. Swoka re: sale motion (.4); conference with Court withdrawing sale motion (.3); draft and mail letter directing recovery of DHR litigation to be remitted to Trustee (.3). | Irving, James R. | 1.30 |
| 10/08/09 | Review docket regarding outcome of today's hearing. | Irving, James R. | 0.10 |
| 11/17/09 | Review affidavit prepared by special litigation counsel to accompany motion to retain special litigation counsel (.2); conference with special litigation counsel regarding status of adversary proceeding and state court action (.2). | Irving, James R. | 0.40 |
| 11/18/09 | Draft, revise, file and serve motion to retain counsel and special litigation counsel. | Irving, James R. | 0.90 |
| 11/24/09 | Prepare for and attend hearing on motion to retain special counsel and motion to retain counsel (.7); correspondence with P. Martino regarding outcome of hearing (.1); teleconference with D. T. Mcvey, special litigation counsel, regarding status of adversary case and state court action (.1). | Irving, James R. | 0.90 |
| | **Total Hours** | | **4.40** |
| | **Total Fees** | | **$1,600.00** |


**EXHIBIT**

A(1)


DLA PIPER

P. Martino
Page: 4

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000002
Invoice # 2481797

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Martino, Philip V. | Partner | 0.50 | 665.00 | 332.50 |
| Irving, James R. | Associate | 3.90 | 325.00 | 1,267.50 |
| Totals | | 4.40 | | 1,600.00 |

**Total Current Charges**            $            1,600.00



P. Martino
Page: 5

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000003
Invoice # 2481797

*Matter:*   ***Liquidation of Assets***

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 07/13/09 | Correspondence with Mr. P. Martino regarding Jobplex offer. | Irving, James R. | 0.10 |
| 07/20/09 | Correspondence and conference with Mr. P. Martino regarding 363 sale offer. | Irving, James R. | 0.20 |
| 07/22/09 | Review motion and order (.3); correspondence with Mr. P. Martino re: the same (.1); check J. Wedoff's Calendar for hearing dates(.1). | Irving, James R. | 0.50 |
| 07/22/09 | Review and revise sale motion and order (1.0); e-mail clean and compare right to buyer's counsel and disclose debtor's counsel's comments (.2); conference with Alysworth's non-bankruptcy counsel regarding possible counteroffer to purchase counterclaim (.2). | Martino, Philip V. | 1.40 |
| 07/23/09 | Review pleadings. | Irving, James R. | 0.30 |
| 07/27/09 | Correspondence regarding sale. | Irving, James R. | 0.10 |
| 07/31/09 | Revise and file motion and proposed order. | Irving, James R. | 0.70 |
| 08/12/09 | Correspondence regarding Debtors' amended schedules and offer to purchase non-exempt legal claim from debtor's estate. | Irving, James R. | 0.50 |
| 08/18/09 | Correspondence with P. Martino regarding upcoming hearing, sale of vehicle and sale of litigation claims. | Irving, James R. | 0.20 |
| 08/19/09 | Teleconference with Mr. P. Martino regarding status of case and litigation involving DHR (.1); conference with Ms. P. Brennan regarding DHR litigation documents forwarded by Debtor's counsel and review of those documents (.1). | Irving, James R. | 0.20 |
| 08/20/09 | Correspondence with P. Martino regarding purported "wages" claim that appears to be litigation. | Irving, James R. | 0.10 |
| 08/21/09 | Correspondence regarding debtor's litigation claim. | Irving, James R. | 0.10 |
| 08/24/09 | Prepare for tomorrow's hearing on sale motion. | Irving, James R. | 0.40 |
| 08/25/09 | Attend hearing or sale motion (1.3); correspondence with P. Martino regarding outcome of hearing (.3). | Irving, James R. | 1.60 |



EXHIBIT

A(2)



P. Martino
Page: 6

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000003
Invoice # 2481797

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 09/04/09 | Correspondence regarding upcoming hearing on sale motion. | Irving, James R. | 0.20 |
| 09/08/09 | Review docket and upcoming hearing, correspondence with P. Martino regarding the same. | Irving, James R. | 0.10 |
| 09/09/09 | Correspondence with P. Martino regarding hearing and check docket for next hearing date. | Irving, James R. | 0.10 |
| 09/15/09 | Prepare for and attend hearing in Aylsworth (1.6); correspondence regarding the same with P. Martino (.2). | Irving, James R. | 1.80 |
| 09/16/09 | Correspondence with J. Swoka and K. Bazanos re: master settlement agreement. | Irving, James R. | 0.20 |
| 09/22/09 | Correspondence with J. Swoka and K. Bazanos regarding upcoming hearing date. | Irving, James R. | 0.10 |
| 09/24/09 | Prepare for and attend status hearing (1.2). | Irving, James R. | 1.20 |
| 11/03/09 | Conference with T. McVey proposed special litigation counsel regarding case status and plans for state court action and adversary. | Irving, James R. | 0.30 |
| 11/10/09 | Correspondence regarding production of documents by debtor and need for affidavit. | Irving, James R. | 0.30 |
| 11/10/09 | E-mail to Debtor's counsel following up on document request and from buyer regarding same (.2). | Martino, Philip V. | 0.00 |
| 11/12/09 | Correspondence regarding adversary case and need to retain special litigation counsel; correspondence regarding production of documents. | Irving, James R. | 0.20 |
| 11/12/09 | Review document production (.2); e-mail to/from Debtor's counsel regarding redacted asset documents (.2). | Martino, Philip V. | 0.40 |
| 11/13/09 | Review Jet Living and Tri Worth (limited) tax returns and financial statements (.5); follow up e-mail to Bazanos regarding missing documents needed by prospective buyer (.1). | Martino, Philip V. | 0.60 |
| 11/30/09 | Calls to/from and conference with John Alysworth and CFO regarding financial data, partnership agreements and related matters. | Martino, Philip V. | 0.50 |
| 12/08/09 | Review and revise stay/abstention/suspension motion (.5); e-mails to/from special counsel regarding same, jurisdiction and related issues (.2). | Martino, Philip V. | 0.70 |


DLA PIPER

P. Martino
Page: 7

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000003
Invoice # 2481797

| Date | Description | Timekeeper | Hours |
|------|-------------|-----------|-------|
| 12/17/09 | Review and respond to e-mails regarding agreed confidentiality order and production of financial documents to prospective purchaser. | Martino, Philip V. | 0.20 |
| 12/28/09 | Review docket; correspondence with P. Martino regarding hearing on 12/29 and about case status. | Irving, James R. | 0.20 |
| 01/12/10 | Conference with T. McVey regarding hearing on January 13 to have issues litigated in state court. | Irving, James R. | 0.60 |
| 01/13/10 | Prepare for and attend hearing on motion to have issues litigated in state court; conference and correspondence with P. Martino regarding the same. | Irving, James R. | 1.00 |
| 01/28/10 | Correspondence with T. Mcvey regarding outcome in state court hearing and upcoming hearing. | Irving, James R. | 0.20 |
| 02/03/10 | Prepare for and attend hearing on Lift Stay Motion and Motion to Abstain from litigating Jobplex claim in bankruptcy court (1.3); conference with Horseshoe casino regarding potential preference and request for production of documents (.2); draft subpoena and rider (.7); correspondence with P. Martino and P. Brennan regarding subpoena and hearing (.2). | Irving, James R. | 2.40 |
| 04/30/10 | Conference with J. Swoka regarding potential settlement. | Irving, James R. | 0.20 |
| 05/03/10 | Correspondence with P. Martino regarding settlement of Aylsworth adversary case. | Irving, James R. | 0.20 |

**Total Hours**   **18.10**

**Total Fees**   **$7,473.50**

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|-----------|-------|-------|------|--------|
| Martino, Philip V. | Partner | 3.80 | 665.00 | 2,527.00 |
| Irving, James R. | Associate | 4.60 | 390.00 | 1,794.00 |
| Irving, James R. | Associate | 9.70 | 325.00 | 3,152.50 |



P. Martino
Page: 8

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000003
Invoice # 2481797

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Totals | | 18.10 | | 7,473.50 |

**Total Current Charges**          $          **7,473.50**



DLA PIPER

P. Martino
Page: 9

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000020
Invoice # 2481797

*Matter:*  **General**

**Fees:**

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| 07/21/09 | Correspondence with Mr. P. Martino regarding insurance, tax refund, sale cause of action. | Irving, James R. | 0.20 |
| 08/20/09 | Review documents from attorney Bazanos regarding claimed exemption for class action suit (.4); e-mails to/from counsel regarding same (.2); conference with Bazanos regarding same (.2). | Martino, Philip V. | 0.60 |
| 08/26/09 | Review docket of Alysworth case to check or amended schedules. | Irving, James R. | 0.10 |
| 08/27/09 | Correspondence with P. Martino regarding need to file moton to extend time to object to Debtor's claimed exemptions. | Irving, James R. | 0.20 |
| 09/01/09 | Review and respond to emails regarding motion to extend time to object to exemptions (.2). | Martino, Philip V. | 0.20 |
| 09/24/09 | Conference and correspondence with P. Martino, K. Bazanos and J. Swoka regarding sale motion and retention of special litigation counsel (.5). | Irving, James R. | 0.50 |
| 10/13/09 | Conference and correspondence regarding upcoming hearing on motion to extend time to object. | Irving, James R. | 0.20 |
| 10/14/09 | Correspondence regarding motion to extend time to object. | Irving, James R. | 0.10 |
| 10/27/09 | Review case docket. | Irving, James R. | 0.10 |
| 01/04/10 | Correspondence with P. Martino regarding casino issue and potential preferential payment; draft, revise and mail letter demanding informal discovery. | Irving, James R. | 1.00 |
| 01/04/10 | E-mails to/from Debtor's counsel regarding possible preference, documents needed. | Martino, Philip V. | 0.20 |
| 02/04/10 | Revise and serve subpoena on Horseshoe Casino to investigate potentially preferential payment (.5); correspondence with P. Martino regarding the same (.1). | Irving, James R. | 0.60 |
| 02/04/10 | Review and revise subpoena to Horseshoe Casino regarding preference documents (.2); e-mails to/from Irving regarding | Martino, Philip V. | 0.30 |



EXHIBIT

A(3)



P. Martino
Page: 10

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000020
Invoice # 2481797

| Date | Description | Timekeeper | Hours |
|------|-------------|------------|-------|
| | same and service (.1). | | |
| 02/17/10 | Correspondence relating to potential preference involving Horseshoe casino. | Irving, James R. | 0.20 |
| 03/24/10 | Conference with P. Martino regarding lift stay motion (.3); conference with movant regarding the trustee's position (.2). | Irving, James R. | 0.50 |
| 04/06/10 | Review information regarding upcoming hearing; correspondence regarding the same with P. Martino. | Irving, James R. | 0.20 |
| | **Total Hours** | | **5.20** |
| | **Total Fees** | | **$2,307.00** |

### Timekeeper Summary

| Timekeeper | Title | Hours | Rate | Amount |
|------------|-------|-------|------|--------|
| Martino, Philip V. | Partner | 0.50 | 690.00 | 345.00 |
| Martino, Philip V. | Partner | 0.80 | 665.00 | 532.00 |
| Irving, James R. | Associate | 2.50 | 390.00 | 975.00 |
| Irving, James R. | Associate | 1.40 | 325.00 | 455.00 |
| **Totals** | | **5.20** | | **2,307.00** |

**Total Current Charges**          $          2,307.00



Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

Page 11

Client # 371633
Invoice # 2481797                                                      August 31, 2010

### Timekeeper Summary - All Matters

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Philip V. Martino | Partner | 0.50 | 690.00 | 345.00 |
| Philip V. Martino | Partner | 5.10 | 665.00 | 3,391.50 |
| James R. Irving | Associate | 7.10 | 390.00 | 2,769.00 |
| James R. Irving | Associate | 15.00 | 325.00 | 4,875.00 |
| **Totals** | | **27.70** | | **11,380.50** |



P. Martino
Page: 3

Alysworth, Robert J. and Danyelle, Philip V. Martino
as Trustee

August 31, 2010

Matter # 371633-000020
Invoice # 2481798

*Matter:*  **General**

**Disbursements:**

| Date | Description | Amount |
|------|-------------|--------|
| 12/07/09 | Delivery Services - VENDOR: CHICAGO'S ON TIME TO UNITED STATES TRUSTEE'S OFFICE 219 SOUTH DEARBORN STREET 11/18/09 | 5.25 |
| 12/07/09 | Delivery Services - VENDOR: CHICAGO'S ON TIME TO ALEN SDHN 30 N. LASALLE 11/18/09 | 10.50 |
| 12/07/09 | Delivery Services - VENDOR: CHICAGO'S ON TIME TO KORI BAZANO 11/18/09 | 5.25 |
| 12/07/09 | Delivery Services - VENDOR: CHICAGO'S ON TIME TO MCVEY AND PARSKY 30 N. LASALLE | 5.25 |
| | Duplicating 561 pages at .10 per page | 56.10 |

**Total Disbursements**      **$82.35**

**Total Current Charges**      $        82.35



## BIOGRAPHICAL INFORMATION

**Philip V. Martino** (PVM) graduated from the American University, Washington, D.C. (B.S. B.A. 1979), and the Syracuse College of Law (J.D. 1982). Mr. Martino was admitted to the Illinois Bar in 1982 and was a partner at DLA Piper LLP (US) until March 2010. Mr. Martino's 2009 hourly billing rate at DLA Piper was $665.00.

**James R. Irving** (JRI) is an associate with the DLA Piper LLP (US) firm, specializing in the bankruptcy department. He graduated from Williams College with a BA in history and received his JD from Vanderbilt University in 2008. Mr. Irving was admitted to the Illinois Bar in 2008. His hourly billing rate for 2009 was $325.00, and for 2010 his hourly rate is $390.00.



STATE OF ILLINOIS        )
                         ) SS
COUNTY OF COOK           )

I, Philip V. Martino, on oath, state as follows:

1.    Until March 26, 2010, I was a partner in the law firm of DLA Piper LLP (US) ("**DLA Piper**") and I am the trustee for the above referenced Debtor.

2.    This affidavit is submitted in support of Trustee's First and Final Application for Allowance of Compensation and Reimbursement of Costs and Expenses for DLA Piper (the "**Application**").

3.    In the ordinary course of DLA Piper's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.    In the ordinary course of DLA Piper's business, the information on the timesheets is optically scanned and entered into DLA Piper's computer system.

5.    In the ordinary course of DLA Piper's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.    In the ordinary course of DLA Piper's business, the billing partner reviews the pro forma.

7.    In the ordinary course of DLA Piper's business, a bill is prepared by computer and sent to the client.

8.    I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.



EXHIBIT
D

QB\11180318.1

9.    I personally reviewed the pro formas for this estate each month prior to my departure, and am familiar with DLA Piper's efforts in connection with the instant bankruptcy proceeding.

10.    I have reviewed Exhibits A and B to the Application, and they are based upon documents as aforesaid, which are made in the ordinary course of DLA Piper's business and it is part of the ordinary course of DLA Piper's business to prepare such documents.

11.    To the best of my knowledge, the information set forth on Exhibits A, B and C and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | Case No. 09 B 14405 |
| **ROBERT J. AYLSWORTH,** | ) | Judge Eugene R. Wedoff |
| | ) | Hearing Date: Wednesday |
| **Debtor.** | ) | October 13, 2010 at 9:30 a.m. |

### ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF COSTS INCURRED IN CONNECTION WITH THE FIRST AND FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF DLA PIPER LLP (US), ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE BANKRUPTCY ESTATE OF ROBERT J. AYLSWORTH

This cause coming to be heard on the First and Final Fee Application of Trustee, Philip V. Martino, for compensation to DLA Piper LLP (US) as Attorneys for Trustee (the "**Application**"); due notice having been given; the Court having heard the statements of counsel present; and the Court being fully advised in the premises; the Court hereby enters the following FINDINGS:

1.     That in the Application, Trustee sought to compensate DLA Piper LLP (US) (a) $11,380.50 for 27.70 hours of actual, necessary and valuable professional services rendered to the Trustee since July 20, 2009 and (b) $82.35 in real and necessary costs incurred in connection with this case.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

A.     That the Court (i) allows $_____ as compensation to DLA Piper LLP (US) for actual, necessary and valuable professional services rendered to the Trustee since July 20,

2009, and (ii) allows $_____ in reimbursement for real and necessary costs incurred in connection with this case; and

     B.    That this matter is a core proceeding and this order is a final order as those terms are used in 28 U.S.C. §§ 157 and 158.

Dated:_____ 2010    **ENTERED:**

                          _____

                          United States Bankruptcy Judge