EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In re: | § | |
| --- | --- | --- |
| | § | |
| AYLSWORTH, ROBERT J | § | Case No. 09-14405 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/22/2009 . The undersigned trustee was appointed on 05/21/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $     340,756.71

    Funds were disbursed in the following amounts:

| | |
| --- | ---: |
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 10,968.30 |
| Bank service fees | 111.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 240,000.00 |
| Leaving a balance on hand of[1]          $ | 89,677.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 10/26/2009 and the deadline for filing governmental claims was 10/26/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,287.84 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,287.84 , for a total compensation of $ 8,287.84 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/28/2013                By:/s/PHILIP V. MARTINO
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Page: 1
Exhibit A

0/1/2010
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 09-14405   ERW   Judge: EUGENE R. WEDOFF
Case Name: AYLSWORTH, ROBERT J

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 04/22/09 (f)
341(a) Meeting Date: 06/10/09
Claims Bar Date: 10/26/09

For Period Ending: 01/28/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE 2200 Elmwood Ave.,Wilmette, IL Abandoned by court order 4/7/10 | 866,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America account | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS TV, computer, etc. | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS | 20.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RINGS Watch | 2,100.00 | 0.00 | | 0.00 | FA |
| 8. INSURANCE CLAIM | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA ACCOUNT Custodian account for minor child | 1,979.37 | 0.00 | | 0.00 | FA |
| 10. IRA ACCOUNT | 225,685.57 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN TRIWORTH SOLUTIONS, JET LIVING HOTELS | 0.00 | Unknown | | 0.00 | FA |
| 12. COUNTERCLAIM Aylsworth v. Jobplex, Inc. | 417,921.00 | 10,633.26 | | 300,000.00 | FA |
| 13. AUTOMOBILE 2001 Lexus 470 | 14,581.00 | 11,600.00 | | 11,600.00 | FA |
| 14. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 15. ANIMALS Hampster | 0.00 | 0.00 | | 0.00 | FA |
| 16. CHECK ACCOUNT | 13,139.86 | 0.00 | | 0.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. CHECKING ACCOUNT | 7,785.65 | 13,493.81 | | 13,493.81 | FA |
| 19. ACCOUNTS RECEIVABLE | 1,348.46 | 1,885.40 | | 1,885.40 | FA |

LFORM1  **UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*   Ver: 17.01

Page: 2
Exhibit A

0/1/2010
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 09-14405 ERW Judge: EUGENE R. WEDOFF
Case Name: AYLSWORTH, ROBERT J

Trustee Name: PHILIP V. MARTINO
Date Filed (f) or Converted (c): 04/22/09 (f)
341(a) Meeting Date: 06/10/09
Claims Bar Date: 10/26/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. OTHER LIQUIDATED | 3,126.04 | 3,126.04 | | 3,126.04 | FA |
| 21. SECURITIES CLASS ACTION (u) | 0.00 | 10,633.26 | | 10,633.26 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.20 | FA |
| TOTALS (Excluding Unknown Values) | $1,559,836.95 | $51,371.77 | | $340,756.71 | $0.00 |

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/13

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14405 -ERW | | Trustee Name: | PHILIP V. MARTINO |
| --- | --- | --- | --- | --- |
| Case Name: | AYLSWORTH, ROBERT J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0409 BofA - Money Market Account |
| Taxpayer ID No: | *******5357 | | | |
| For Period Ending: | 01/28/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/31/09 | 20 | Law Offices of Kori M. Bazanos<br>100 West Monroe Street, Suite 2100<br>Chicago, IL 60603 | Real Estate Tax Refund | 1124-000 | 3,126.04 | | 3,126.04 |
| 08/11/09 | 18 | Danyelle Aylsworth<br>2200 Elmwood Avenue<br>Wilmette, IL 60091 | Checking account funds | 1129-000 | 7,785.40 | | 10,911.44 |
| 08/11/09 | 18 | Danyelle Aylsworth<br>2200 Elmwood Avenue<br>Wilmette, IL 60091 | Savings Account | 1129-000 | 5,000.00 | | 15,911.44 |
| 08/19/09 | 18 | Danyelle Aylsworth<br>2200 Elmwood Avenue<br>Wilmette, IL 60091 | Bank of America account | 1129-000 | 708.41 | | 16,619.85 |
| 08/26/09 | 13 | Kori M. Bazanos<br>100 W. Monroe, Suite 2100<br>Chicago, IL 6003 | Lexus Sale | 1129-000 | 11,600.00 | | 28,219.85 |
| 08/26/09 | 19 | Danyelle Aylsworth<br>2200 Elmwood Avenue<br>Wilmette, IL 60091 | Disbursement re DHR matter | 1149-000 | 1,348.46 | | 29,568.31 |
| 08/26/09 | 19 | Edward Joyce & Associates<br>11 S. LaSalle Street<br>Chicago, IL 60603 | DHR 2nd Disbursement | 1149-000 | 536.94 | | 30,105.25 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 30,105.49 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.74 | | 30,106.23 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,106.99 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 30,107.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.77 | | 30,108.51 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,109.27 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.69 | | 30,109.96 |
| | | | | Page Subtotals | 30,109.96 | 0.00 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 5)    Ver: 17.01

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14405 -ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | AYLSWORTH, ROBERT J | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0409 BofA - Money Market Account |
| Taxpayer ID No: | *******5357 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 01/28/13 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.78 | | 30,110.79 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.93 | | 30,111.67 |
| 05/03/10 | 21 | Robert Aylesworth | | 1229-000 | 10,633.26 | | 40,744.93 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,745.97 |
| 06/07/10 | 000301 | International Sureties, Ltd. | Blanket Bond 016026455 | 2300-000 | | 46.36 | 40,699.61 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 40,700.61 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.03 | | 40,701.64 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,702.68 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 40,703.68 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.03 | | 40,704.71 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 40,705.72 |
| 12/28/10 | 000302 | DLA Piper | Fees ($10,776.50); Costs ($82.35) Per 10/21/2010 court order Fees 10,776.50 Expenses 82.35 | 3210-000 3220-000 | | 10,858.85 | 29,846.87 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 29,848.89 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 29,848.65 |
| 02/14/11 | 000303 | International Sureties, Ltd. | pro rata share of blanket bond prem | 2300-000 | | 31.55 | 29,817.10 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.23 | | 29,817.33 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,817.58 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,817.82 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,818.08 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,818.33 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,818.58 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 29,818.84 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,819.09 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.25 | | 29,819.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 37.99 | 29,781.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,781.59 |
| | | | | Page Subtotals | 10,646.38 | 10,974.75 | |

Page: 3
Exhibit B

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 09-14405 -ERW
Case Name: AYLSWORTH, ROBERT J
Taxpayer ID No: \*\*\*\*\*\*\*5357
For Period Ending: 01/28/13

Trustee Name: PHILIP V. MARTINO
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: \*\*\*\*\*\*\*\*0409 BofA - Money Market Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.72 | 29,744.87 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 29,745.11 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.67 | 29,708.44 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 29,708.57 |
| 01/18/12 | | Transfer to Acct #\*\*\*\*\*\*\*\*3630 | Bank Funds Transfer | 9999-000 | | 29,708.57 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 40,756.71 | 40,756.71 |
| Less: Bank Transfers/CD's | 0.00 | 29,708.57 |
| Subtotal | 40,756.71 | 11,048.14 |
| Less: Payments to Debtors | | 0.00 |
| Net | 40,756.71 | 11,048.14 |

Page Subtotals 0.37 29,781.96

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14405 -ERW |
|---|---|
| Case Name: | AYLSWORTH, ROBERT J |
| Taxpayer ID No: | *******5357 |
| For Period Ending: | 01/28/13 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3630 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0409 | Bank Funds Transfer | 9999-000 | 29,708.57 | | 29,708.57 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 31.54 | 29,677.03 |
| 12/26/12 | 12 | Jobplex, Inc. | Settlement payment | 1129-000 | 300,000.00 | | 329,677.03 |
| 12/26/12 | 003002 | D. Timothy McVey | Pursuant to settlement and direction by Debtor McVey & Parsky LLC Suite 2100 30 North LaSalle Street Chicago, IL 60602 | 8200-000 | | 120,000.00 | 209,677.03 |
| 12/26/12 | 003003 | Rick Sudekum | Pursuant to settlement and Debtor's directions Sudekum Cassidy & Shulruff, Chtd. 20 North Clark Street Suite 1400 Chicago, IL 60602 | 8200-000 | | 10,000.00 | 199,677.03 |
| 12/26/12 | 003004 | Robert J. Aylsworth | Per settlement Timber Creek Apartments 8899 East Prentice Avenue, #9308 Greenwood Village, CO 80111 | 8200-000 | | 110,000.00 | 89,677.03 |

|  | COLUMN TOTALS | 329,708.57 | 240,031.54 | 89,677.03 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 29,708.57 | 0.00 | |
| | Subtotal | 300,000.00 | 240,031.54 | |
| | Less: Payments to Debtors | | 240,000.00 | |
| | Net | 300,000.00 | 31.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| BofA - Money Market Account - *******0409 | 40,756.71 | 11,048.14 | 0.00 |
| Checking Account - *********3630 | 300,000.00 | 31.54 | 89,677.03 |
| | 340,756.71 | 11,079.68 | 89,677.03 |

| Page Subtotals | 329,708.57 | 240,031.54 | |
|---|---|---|---|

Page: 5
Exhibit B

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14405 -ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | AYLSWORTH, ROBERT J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3630  Checking Account |
| Taxpayer ID No: | *******5357 | | |
| For Period Ending: | 01/28/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
|---|---|---|---|---|---|---|

| | | | | Page Subtotals | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 28, 2013 |
|---|---|---|---|---|---|---|

Case Number:  09-14405                    Claim Class Sequence
Debtor Name:  AYLSWORTH, ROBERT J

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-00 | DLA Piper | Administrative | | $10,858.85 | $10,858.85 | $0.00 |
| 001<br>3110-00 | Quarles & Brady LLP | Administrative | | $14,293.10 | $0.00 | $14,293.10 |
| 000011<br>999<br>8200-05 | BANK OF AMERICA.N.A.<br>P O BOX 26012, NC4-105-02-99<br>GREENSBORO  NC   27420 | Administrative | | $0.00 | $0.00 | $0.00 |
| 000001<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelpa, PA 19114 | Priority | | $36,122.00 | $0.00 | $36,122.00 |
| 000007A<br>040<br>5800-00 | Illilnois Department of Revenue | Priority | | $10,016.84 | $0.00 | $10,016.84 |
| 000014<br>040<br>5800-00 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532 | Priority | | $104.80 | $0.00 | $104.80 |
| 000002<br>070<br>7100-00 | Horseshoe Hammond<br>777 Casino Center Drive<br>Hammond, IN 46320 | Unsecured | | $175,000.00 | $0.00 | $175,000.00 |
| 000003<br>070<br>7100-00 | Fiesta Palms LLC<br>c/o Crane Heyman, Simon, Welch &<br>Clar<br>135 S. LaSalle St., Ste. 3705<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | Desert Palace, Inc.<br>% Robert G. Aisenstein, Esq.<br>2114 Fountain Springs Drive<br>Henderson, Nevada 89074 | Unsecured | | $153,061.08 | $0.00 | $153,061.08 |
| 000005<br>070<br>7100-00 | Horseshoe Casino Hammond<br>% Robert G. Aisenstein, Esq.<br>2114 Fountain Springs Drive<br>Henderson, Nevada 89074 | Unsecured | | $180,804.24 | $0.00 | $180,804.24 |
| 000006<br>070<br>7100-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelpa, PA 19114 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $901.17 | $0.00 | $901.17 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 28, 2013 |

Case Number:  09-14405  
Debtor Name:  AYLSWORTH, ROBERT J  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>070<br>7100-00 | John Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St STe 2330<br>Chicago, IL 60602 | Unsecured | | $67,560.00 | $0.00 | $67,560.00 |
| 000009<br>070<br>7100-00 | Karen Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Unsecured | | $3,000.00 | $0.00 | $3,000.00 |
| 000010<br>070<br>7100-00 | Stephen F Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000012<br>070<br>7100-00 | JobPlex Inc<br>C/O Gerald L Maatman Jr<br>Seyfarth Shaw LLP<br>131 S Dearborn St Ste 2400<br>Chicago, IL 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000013<br>070<br>7100-00 | Danyelle Aylsworth<br>Lace R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Unsecured | | $3,952.03 | $0.00 | $3,952.03 |
| | Case Totals: | | | $665,674.11 | $10,858.85 | $654,815.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-14405
Case Name: AYLSWORTH, ROBERT J
Trustee Name: PHILIP V. MARTINO

| | | |
|---|---|---|
| Balance on hand | $ | 89,677.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: PHILIP V. MARTINO | $ 8,287.84 | $ 0.00 | $ 8,287.84 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 14,147.50 | $ 0.00 | $ 14,147.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 145.60 | $ 0.00 | $ 145.60 |
| Other: DLA Piper | $ 10,776.50 | $ 10,776.50 | $ 0.00 |
| Other: DLA Piper | $ 82.35 | $ 82.35 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 22,580.94 |
| Remaining Balance | $ 67,096.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,243.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 36,122.00 | $ 0.00 | $ 36,122.00 |
| 000014 | Illinois Tollway | $ 104.80 | $ 0.00 | $ 104.80 |
| 000007A | Illilnois Department of Revenue | $ 10,016.84 | $ 0.00 | $ 10,016.84 |

Total to be paid to priority creditors  $         46,243.64

Remaining Balance  $         20,852.45

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 594,278.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Horseshoe Hammond | $ 175,000.00 | $ 0.00 | $ 6,140.52 |
| 000004 | Desert Palace, Inc. | $ 153,061.08 | $ 0.00 | $ 5,370.71 |
| 000005 | Horseshoe Casino Hammond | $ 180,804.24 | $ 0.00 | $ 6,344.18 |
| 000006 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |
| 000007 | Illinois Department of Revenue | $ 901.17 | $ 0.00 | $ 31.62 |
| 000008 | John Aylsworth | $ 67,560.00 | $ 0.00 | $ 2,370.59 |
| 000009 | Karen Aylsworth | $ 3,000.00 | $ 0.00 | $ 105.27 |
| 000010 | Stephen F Aylsworth | $ 10,000.00 | $ 0.00 | $ 350.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000013 | Danyelle Aylsworth | $ 3,952.03 | $ 0.00 | $ 138.67 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,852.45 |
| | Remaining Balance | | | $ 0.00 |

 Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

 Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE