EUGENE R. WEDOFF
**UNITED STATES BANKRUPTCY COURT**
NORTHERN  **DISTRICT OF**  ILLINOIS
CHICAGO  **DIVISION**

In re: §
§
AYLSWORTH, ROBERT J § Case No. 09-14405
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE BANKRUPTCY COURT
    219 SOUTH DEARBORN STREET,  ROOM 713
    CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/19/2013 in Courtroom 744,
    United States Courthouse
    219 South Dearborn
    Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2013    By: Clerk of the Bankruptcy Court
               Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
AYLSWORTH, ROBERT J § Case No. 09-14405
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 340,756.71 |
| and approved disbursements of | $ | 251,159.21 |
| leaving a balance on hand of[1] | $ | 89,597.50 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 8,287.84 | $ 0.00 | $ 8,287.84 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 14,147.50 | $ 0.00 | $ 14,147.50 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 145.60 | $ 0.00 | $ 145.60 |
| Other: DLA Piper | $ 10,776.50 | $ 10,776.50 | $ 0.00 |
| Other: DLA Piper | $ 82.35 | $ 82.35 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 22,580.94 |
| Remaining Balance | | $ | 67,016.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 46,243.64  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Internal Revenue Service | $ 36,122.00 | $ 0.00 | $ 36,122.00 |
| 000014 | Illinois Tollway | $ 104.80 | $ 0.00 | $ 104.80 |
| 000007A | Illilnois Department of Revenue | $ 10,016.84 | $ 0.00 | $ 10,016.84 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 46,243.64 |
| Remaining Balance | $ | 20,772.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 594,278.52  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Horseshoe Hammond | $ 175,000.00 | $ 0.00 | $ 6,117.10 |
| 000004 | Desert Palace, Inc. | $ 153,061.08 | $ 0.00 | $ 5,350.23 |
| 000005 | Horseshoe Casino Hammond | $ 180,804.24 | $ 0.00 | $ 6,319.99 |
| 000006 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Illinois Department of Revenue | $ 901.17 | $ 0.00 | $ 31.50 |
| 000008 | John Aylsworth | $ 67,560.00 | $ 0.00 | $ 2,361.55 |
| 000009 | Karen Aylsworth | $ 3,000.00 | $ 0.00 | $ 104.86 |
| 000010 | Stephen F Aylsworth | $ 10,000.00 | $ 0.00 | $ 349.55 |
| 000013 | Danyelle Aylsworth | $ 3,952.03 | $ 0.00 | $ 138.14 |

Total to be paid to timely general unsecured creditors     $    20,772.92

Remaining Balance     $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

PHILIP V. MARTINO
300 NORTH LASALLE STREET
SUITE 4000

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

*CHICAGO, IL 60654*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-14405-ERW
Robert J Aylsworth                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cmendoza1              Page 1 of 3              Date Rcvd: Feb 25, 2013
                               Form ID: pdf006              Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2013.
```
db          #+Robert J Aylsworth,    2200 Elmwood Avenue,    Wilmette, IL 60091-1436
aty          +Shannon F O'Boye,    Quarles & Brady LLP,    300 North Lasalle Street,    Suite 4000,
               Chicago, IL 60654-5427
13902037     +American Express Centurion Bank,    c/o Becket & Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13818737     +BAC Home Loan Servicing LP,    7105 Corporate Drive,    Plano, TX 75024-4100
14630913     +BANK OF AMERICA.N.A.,    P O BOX 26012, NC4-105-02-99,    GREENSBORO  NC 27420-6012
13902051     +Bank of America,    PO Box 660312,    Dallas, TX 75266-0312
13818742     +Cesears Palace Las Vegas Hotel & Casino,    3570 Las Vegas Blvd. South,    Las Vegas, NV 89109-8924
13818739      Chase Bank USA,    Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
13902053     +Chase Bank USA,    Cardmember Services,    PO Box,    Wilmington, DE 19886-0001
13902042     +Chase Bank USA,    Cardmember Services,    PO Box 15353,    Wilmington, DE 19886-5353
13902052     +Danyelle Aylsworth,    Lace R Minor,    Belofsky & Belofsky PC,    33 N Dearborn St Ste 2330,
               Chicago, IL 60602-3855
13902038     #+Danyelle Aylsworth,    2200 Elmwood St,    Wilmette, IL 60091-1436
14350660     #+Desert Palace, Inc.,    % Robert G. Aisenstein, Esq.,    2114 Fountain Springs Drive,
               Henderson, Nevada 89074-1575
14336989     +Fiesta Palms LLC,    c/o Crane Heyman, Simon, Welch & Clar,    135 S. LaSalle St., Ste. 3705,
               Chicago, IL 60603-4101
13818744     +Hard Rock Hotel and Casino,    4455 Paradise Road,    Las Vegas, NV 89169-6598
14350661     #+Horseshoe Casino Hammond,    % Robert G. Aisenstein, Esq.,    2114 Fountain Springs Drive,
               Henderson, Nevada 89074-1575
13902050    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept of Revenue,     Bankruptcy Section Level 7-425,
               100 W Randolph St,    Chicago, IL 60601)
14604174      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14291773     +Illinois Tollway,    PO Box 5201,    Lisle, IL 60532-5201
13902043     +JobPlex Inc,    C/O Gerald L Maatman Jr,    Seyfarth Shaw LLP,    131 S Dearborn St Ste 2400,
               Chicago, IL 60603-5863
13902040     +John Aylsworth,    Lance R Minor,    Belofsky & Belofsky PC,    33 N Dearborn St STe 2330,
               Chicago, IL 60602-3855
13902039     +Karen Aylsworth,    Lance R Minor,    Belofsky & Belofsky PC,    33 N Dearborn St Ste 2330,
               Chicago, IL 60602-3855
13902044     +Katie Klehr PHD,    310 S Happ Rd #210,    Northfield, IL 60093-3457
13818738      Mercedes Benz,    PO Box 9001680,    Louisville, KY 40290-1680
13818743     +Palms Hotel and Casino,    4321 West Flamingo Road,    Las Vegas, NV 89103-3903
13902045     +Pinnacle Management Services,    514 Market Loop Ste 103,    West Dundee, IL 60118-2181
14621519     +Stephen F Aylsworth,    Lance R Minor,    Belofsky & Belofsky PC,    33 N Dearborn St Ste 2330,
               Chicago, IL 60602-3855
13902041     +Steven Aylsworth,    1310 Armacost #204,    Los Angeles, CA 90025-1451
13902046     +Sudekam Cassiday & Shulroff Ltd,    20 N Clark St Ste 1400,    Chicago, IL 60602-4112
13902047     +T Mobile,    T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13818740     +E-mail/Text: legalcollections@comed.com Feb 26 2013 03:13:28     Comed,
               ATTN: Revenue Management Dept.,    Customer Care Center Building,    2100 Swift Drive,
               Oak Brook, IL 60523-1559
14285837      E-mail/Text: cio.bncmail@irs.gov Feb 26 2013 02:16:54
               Dept of Treasury - Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13818741     +E-mail/Text: jhoffman@horseshoe.com Feb 26 2013 03:15:21     Horseshoe Hammond,
               777 Casino Center Drive,    Hammond, IN 46320-1003
13902049      E-mail/Text: cio.bncmail@irs.gov Feb 26 2013 02:16:51     Dept of Treas - IRS,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13902048    ##+MCI Residential Service,    PO Box 9644,    Mission Hills, CA 91346-9644
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cmendoza1          Page 2 of 3              Date Rcvd: Feb 25, 2013
                              Form ID: pdf006          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2013**              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3                  Date Rcvd: Feb 25, 2013
                              Form ID: pdf006              Total Noticed: 34


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2013 at the address(es) listed below:
              D Timothy Mcvey    on behalf of Debtor Robert J Aylsworth dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Defendant Robert J. Aylsworth dtm@mcveyparsky-law.com
              D Timothy Mcvey    on behalf of Trustee Philip V Martino, ESQ dtm@mcveyparsky-law.com
              Daniel P. Dawson    on behalf of Plaintiff    Jobplex, Inc. ddawson@nisen.com,
               adrag@nisen.com
              Gregory K Stern    on behalf of Defendant Robert J Aylsworth gstern1@flash.net,
               steve_horvath@ilnb.uscourts.gov
              James B. Sowka    on behalf of Attorney    Seyfarth Shaw LLP jsowka@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com
              James B. Sowka    on behalf of Creditor    Jobplex, Inc. jsowka@seyfarth.com,
               chidocket@seyfarth.com;ctholen@seyfarth.com
              Jeffrey C Dan    on behalf of Plaintiff    Fiesta Palms, LLC jdan@craneheyman.com,
               gbalderas@craneheyman.com;dwelch@craneheyman.com
              Kathryn A Klein    on behalf of Creditor    DCFS USA, L.L.C. (DCFS) iln@riezmanberger.com
              Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
               Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Kori M Bazanos    on behalf of Defendant Robert J Aylsworth kori@bazanoslaw.com
              Kori M Bazanos    on behalf of Debtor Robert J Aylsworth kori@bazanoslaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter C Bastianen    on behalf of Creditor    BAC Home Loans Servicing, L.P. ND-Four@il.cslegal.com
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com
              Richard S Ralston    on behalf of Plaintiff    Chase Bank USA, N.A. richardr@w-legal.com,
               chapter-13@w-legal.com
              Robert G Aisenstein    on behalf of Plaintiff    Desert Palace Inc., aisenstein@msn.com
              Sarah   Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               milli.zukowsky@quarles.com
              Scott R Clar    on behalf of Creditor    Fiesta Palms, LLC sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                                                                             TOTAL: 20
```