EUGENE R. WEDOFF
## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| AYLSWORTH, ROBERT J | § | Case No. 09-14405 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/PHILIP V. MARTINO _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| D. Timothy McVey |  |  |  |
| Rick Sudekum |  |  |  |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert J. Aylsworth | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 535319 Atlanta, GA | | | | | |
| | Bank of America PO Box 660312 Dallas, TX  75266-0312 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| DLA PIPER | | | | | |
| DLA PIPER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Treasury - IRS Centralized Insolvency Operations, P.O. Box 21126 Philadelphia, PA  19114 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL  60601 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL  60532-5201 | | | | | |
| 000007A | ILLILNOIS DEPARTMENT OF REVENUE | | | | | |
| 000014 | ILLINOIS TOLLWAY | | | | | |
| 000001 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express<br>P.O. Box 0001<br>Los Angeles, CA  90096-8000 | | | | | |
| | Caesar's Palace Las Vegas<br>Hotel and Casino<br>3570 Las Vegas Blvd. South<br>Las Vegas, NV  89109 | | | | | |
| | Chase Bank USA<br>Cardmember Services<br>PO Box 15353<br>Wilmington, DE  19886-5153 | | | | | |
| | Chase Bank USA<br>Cardmember Services<br>PO Box 15353<br>Wilmington, DE  19886-5153 | | | | | |
| | Danyelle Aylsworth<br>2200 Elmwood Street<br>Wilmette, IL | | | | | |
| | Hard Rock Hotel & Casino<br>4455 Paradise Road<br>Las Vegas, NV  89169 | | | | | |
| | Horshoe Hammond<br>777 Casino Center Drive<br>Hammond, IN  46320 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JobFlex, Inc. c/o Gearld L. Mastman, Jr. Seyfarth Shaw LLP 131 South Dearborn Street, Ste. 2400 Chicago, IL 60603 | | | | | |
| | John Aylsworth 2220 Village Walk Dr. #3311 Henderson, NV 89052 | | | | | |
| | Karen Aylsworth 2220 Village Walk Dr. #3311 Henderson, NV 89052 | | | | | |
| | Katie Klehr, PHD 310 S. Happ Road, #210 Northfield, IL 60093 | | | | | |
| | MCI Residential Service PO Box 9644 Mission Hills, CA 91346-9644 | | | | | |
| | Mercedes Benz PO Box 9001680 Louisville, KY 40290-1680 | | | | | |
| | Palms Hotel and Casino 4321 West Flamingo Road Las Vegas, NV 89169 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pinnacle Management Services 514 Market Loop, Ste. 103 West Dundee, IL  60118 | | | | | |
| | Steven Aylsworth 1310 Armacost #204 Los Angeles, CA  90025 | | | | | |
| | Sudekarn, Cassiday & Shulroff, Ltd. 20 North Clark Street Chicago, IL  60602 | | | | | |
| | T Mobile T-Mobile Bankruptcy Team PO Box 53410 Bellevue, WA  98015-53410 | | | | | |
| 000013 | DANYELLE AYLSWORTH | | | | | |
| 000004 | DESERT PALACE, INC. | | | | | |
| 000003 | FIESTA PALMS LLC | | | | | |
| 000005 | HORSESHOE CASINO HAMMOND | | | | | |
| 000002 | HORSESHOE HAMMOND | | | | | |
| 000007 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | INTERNAL REVENUE SERVICE | | | | | |
| 000012 | JOBPLEX INC | | | | | |
| 000008 | JOHN AYLSWORTH | | | | | |
| 000009 | KAREN AYLSWORTH | | | | | |
| 000010 | STEPHEN F AYLSWORTH | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 09-14405 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|
| Case Name: | AYLSWORTH, ROBERT J | | |

For Period Ending:  08/26/13

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Date Filed (f) or Converted (c): | 04/22/09 (f) |
| 341(a) Meeting Date: | 06/10/09 |
| Claims Bar Date: | 10/26/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 866,000.00 | 0.00 | OA | 0.00 | FA |
| 2200 Elmwood Ave.,Wilmette, IL Abandoned by court order 4/7/10 | | | | | |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America account | 100.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| TV, computer, etc. | | | | | |
| 5. BOOKS | 20.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. WEDDING RINGS | 2,100.00 | 0.00 | | 0.00 | FA |
| Watch | | | | | |
| 8. INSURANCE CLAIM | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA ACCOUNT | 1,979.37 | 0.00 | | 0.00 | FA |
| Custodian account for minor child | | | | | |
| 10. IRA ACCOUNT | 225,685.57 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN  TRIWORTH SOLUTIONS, JET LIVING HOTELS | 0.00 | Unknown | | 0.00 | FA |
| 12. COUNTERCLAIM | 417,921.00 | 10,633.26 | | 60,000.00 | FA |
| Aylsworth v. Jobplex, Inc. | | | | | |
| 13. AUTOMOBILE | 14,581.00 | 11,600.00 | | 11,600.00 | FA |
| 2001 Lexus 470 | | | | | |
| 14. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 15. ANIMALS | 0.00 | 0.00 | | 0.00 | FA |
| Hampster | | | | | |
| 16. CHECK ACCOUNT | 13,139.86 | 0.00 | | 0.00 | FA |
| 17. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 18. CHECKING ACCOUNT | 7,785.65 | 13,493.81 | | 13,493.81 | FA |
| 19. ACCOUNTS RECEIVABLE | 1,348.46 | 1,885.40 | | 1,885.40 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

Case No:         09-14405    ERW   Judge: EUGENE R. WEDOFF
Case Name:       AYLSWORTH, ROBERT J

Trustee Name:                        PHILIP V. MARTINO
Date Filed (f) or Converted (c):     04/22/09 (f)
341(a) Meeting Date:                 06/10/09
Claims Bar Date:                     10/26/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. OTHER LIQUIDATED | 3,126.04 | 3,126.04 | | 3,126.04 | FA |
| 21. SECURITIES CLASS ACTION (u) | 0.00 | 10,633.26 | | 10,633.26 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 18.20 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,559,836.95          $51,371.77                              $100,756.71          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

Ver: 17.02g

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Page:   1

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-14405     ERW

Case Name:     AYLSWORTH, ROBERT J

Taxpayer ID No:  *******5357

For Period Ending:  08/26/13

Trustee Name:          PHILIP V. MARTINO

Bank Name:              BANK OF AMERICA, N.A.

Account Number / CD #:     *******0409  BofA - Money Market Account

Blanket Bond (per case limit):   $  5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 07/31/09 | 20 | Law Offices of Kori M. Bazanos 100 West Monroe Street, Suite 2100 Chicago, IL  60603 | Real Estate Tax Refund | 3,126.04 | | 3,126.04 |
| 08/11/09 | 18 | Danyelle Aylsworth 2200 Elmwood Avenue Wilmette, IL  60091 | Checking account funds | 7,785.40 | | 10,911.44 |
| 08/11/09 | 18 | Danyelle Aylsworth 2200 Elmwood Avenue Wilmette, IL  60091 | Savings Account | 5,000.00 | | 15,911.44 |
| 08/19/09 | 18 | Danyelle Aylsworth 2200 Elmwood Avenue Wilmette, IL  60091 | Bank of America account | 708.41 | | 16,619.85 |
| 08/26/09 | 13 | Kori M. Bazanos 100 W. Monroe, Suite 2100 Chicago, IL  6003 | Lexus Sale | 11,600.00 | | 28,219.85 |
| 08/26/09 | 19 | Danyelle Aylsworth 2200 Elmwood Avenue Wilmette, IL  60091 | Disbursement re DHR matter | 1,348.46 | | 29,568.31 |
| 08/26/09 | 19 | Edward Joyce & Associates 11 S. LaSalle Street Chicago, IL  60603 | DHR 2nd Disbursement | 536.94 | | 30,105.25 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.24 | | 30,105.49 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.74 | | 30,106.23 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.76 | | 30,106.99 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.75 | | 30,107.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.77 | | 30,108.51 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.76 | | 30,109.27 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 0.69 | | 30,109.96 |

Page Subtotals          30,109.96          0.00

LFORM2

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.02g

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-14405   ERW |
| Case Name: | AYLSWORTH, ROBERT J |
| Taxpayer ID No: | *******5357 |
| For Period Ending: | 08/26/13 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0409  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.78 | | 30,110.74 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.93 | | 30,111.67 |
| 05/03/10 | 21 | Robert Aylesworth | | 10,633.26 | | 40,744.93 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.04 | | 40,745.97 |
| 06/07/10 | 000301 | International Sureties, Ltd. | Blanket Bond 016026455 | | 46.36 | 40,699.61 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.00 | | 40,700.61 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.03 | | 40,701.64 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.04 | | 40,702.68 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.00 | | 40,703.68 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.03 | | 40,704.71 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.01 | | 40,705.72 |
| 12/28/10 | 000302 | DLA Piper | Fees ($10,776.50); Costs ($82.35) Per 10/21/2010 court order | | 10,858.85 | 29,846.87 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1.02 | | 29,847.89 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 0.76 | | 29,848.65 |
| 02/14/11 | 000303 | International Sureties, Ltd. | pro rata share of blanket bond prem | | 31.55 | 29,817.10 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.23 | | 29,817.33 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.25 | | 29,817.58 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.24 | | 29,817.82 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.26 | | 29,818.08 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.25 | | 29,818.33 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.25 | | 29,818.58 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.26 | | 29,818.84 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.25 | | 29,819.09 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.25 | | 29,819.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 37.99 | 29,781.35 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.24 | | 29,781.59 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 36.72 | 29,744.87 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 0.24 | | 29,745.11 |

| | | | Page Subtotals | 10,646.62 | 11,011.47 | |

FORM 2                                                                                          Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| Case No: | 09-14405 | ERW | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | AYLSWORTH, ROBERT J | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******0409  BofA - Money Market Account |
| Taxpayer ID No: | *******5357 | | | | |
| For Period Ending: | 08/26/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | 36.67 | 29,708.44 |
| 01/18/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 0.13 | | 29,708.57 |
| 01/18/12 | | Transfer to Acct #*******3630 | Bank Funds Transfer | | 29,708.57 | 0.00 |

|  | | | COLUMN TOTALS | 40,756.71 | 40,756.71 | 0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers/CD's | 0.00 | 29,708.57 | |
| | | | Subtotal | 40,756.71 | 11,048.14 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 40,756.71 | 11,048.14 | |

Page Subtotals                            0.13           29,745.24

FORM 2                                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14405   ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | AYLSWORTH, ROBERT J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3630  Checking Account |
| Taxpayer ID No: | *******5357 | | |
| For Period Ending: | 08/26/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 01/18/12 | | Transfer from Acct #*******0409 | Bank Funds Transfer | 29,708.57 | | 29,708.57 |
| 02/07/12 | 003001 | INTERNATIONAL SURETIES, LTD. | | | 31.54 | 29,677.03 |
| 12/26/12 | 12 | Jobplex, Inc. | Settlement payment | 300,000.00 | | 329,677.03 |
| 12/26/12 | 003002 | D. Timothy McVey | Pursuant to settlement and direction by Debtor | | 120,000.00 | 209,677.03 |
| | | | McVey & Parsky LLC | | | |
| | | | Suite 2100 | | | |
| | | | 30 North LaSalle Street | | | |
| | | | Chicago, IL  60602 | | | |
| 12/26/12 | 003003 | Rick Sudekum | Pursuant to settlement and Debtor's directions | | 10,000.00 | 199,677.03 |
| | | | Sudekum Cassidy & Shulruff, Chtd. | | | |
| | | | 20 North Clark Street | | | |
| | | | Suite 1400 | | | |
| | | | Chicago, IL  60602 | | | |
| 12/26/12 | 003004 | Robert J. Aylsworth | Per settlement | | 110,000.00 | 89,677.03 |
| | | | Timber Creek Apartments | | | |
| | | | 8899 East Prentice Avenue, #9308 | | | |
| | | | Greenwood Village, CO  80111 | | | |
| 02/14/13 | 003005 | International Sureties Ltd. | Bond #016026455 Pro Rata Share | | 79.53 | 89,597.50 |
| * 03/26/13 | 003006 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | | 8,287.84 | 81,309.66 |
| | | QUARLES & BRADY LLP | | | | |
| | | SUITE 4000 | | | | |
| | | 300 NORTH LASALLE STREET | | | | |
| | | CHICAGO, IL  60654 | | | | |
| * 03/26/13 | 003006 | PHILIP V. MARTINO | Chapter 7 Compensation/Fees | | -8,287.84 | 89,597.50 |
| | | QUARLES & BRADY LLP | | | | |
| | | SUITE 4000 | | | | |
| | | 300 NORTH LASALLE STREET | | | | |
| | | CHICAGO, IL  60654 | | | | |
| * 03/26/13 | 003007 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 14,293.10 | 75,304.40 |

|  | | | Page Subtotals | 329,708.57 | 254,404.17 | |

Page: 5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-14405   ERW |
| Case Name: | AYLSWORTH, ROBERT J |
| Taxpayer ID No: | *******5357 |
| For Period Ending: | 08/26/13 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3630  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 03/26/13 | 003007 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | -14,293.10 | 89,597.50 |
| * | 03/26/13 | 003008 | Internal Revenue Service P.O. Box 21126 Philadelpa, PA 19114 | Claim 000001, Payment 100.00000% | | 36,122.00 | 53,475.50 |
| * | 03/26/13 | 003008 | Internal Revenue Service P.O. Box 21126 Philadelpa, PA 19114 | Claim 000001, Payment 100.00000% | | -36,122.00 | 89,597.50 |
| * | 03/26/13 | 003009 | Ililnois Department of Revenue | Claim 000007A, Payment 100.00000% | | 10,016.84 | 79,580.66 |
| * | 03/26/13 | 003009 | Ililnois Department of Revenue | Claim 000007A, Payment 100.00000% | | -10,016.84 | 89,597.50 |
| * | 03/26/13 | 003010 | Illinois Tollway PO Box 5201 Lisle, IL 60532 | Claim 000014, Payment 100.00000% | | 104.80 | 89,492.70 |
| * | 03/26/13 | 003010 | Illinois Tollway PO Box 5201 Lisle, IL 60532 | Claim 000014, Payment 100.00000% | | -104.80 | 89,597.50 |
| * | 03/26/13 | 003011 | Horseshoe Hammond 777 Casino Center Drive Hammond, IN 46320 | Claim 000002, Payment 3.49546% | | 6,117.06 | 83,480.44 |
| * | 03/26/13 | 003011 | Horseshoe Hammond 777 Casino Center Drive Hammond, IN 46320 | Claim 000002, Payment 3.49546% | | -6,117.06 | 89,597.50 |
| * | 03/26/13 | 003012 | Desert Palace, Inc. % Robert G. Aisenstein, Esq. 2114 Fountain Springs Drive Henderson, Nevada 89074 | Claim 000004, Payment 3.49546% | | 5,350.19 | 84,247.31 |
| * | 03/26/13 | 003012 | Desert Palace, Inc. % Robert G. Aisenstein, Esq. 2114 Fountain Springs Drive Henderson, Nevada 89074 | Claim 000004, Payment 3.49546% | | -5,350.19 | 89,597.50 |
| * | 03/26/13 | 003013 | Horseshoe Casino Hammond | Claim 000005, Payment 3.49547% | | 6,319.95 | 83,277.55 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | -7,973.15 |

LFORM2

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

Ver: 17.02g2

Page:   6

**FORM 2**

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:         09-14405      ERW
Case Name:      AYLSWORTH, ROBERT J

Taxpayer ID No:  *******5357
For Period Ending: 08/26/13

Trustee Name:              PHILIP V. MARTINO
Bank Name:                 Congressional Bank
Account Number / CD #:    *******3630  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/26/13 | 003013 | % Robert G. Aisenstein, Esq. 2114 Fountain Springs Drive Henderson, Nevada 89074 Horseshoe Casino Hammond | Claim 000005, Payment 3.49547% | | -6,319.95 | 89,597.50 |
| * 03/26/13 | 003014 | % Robert G. Aisenstein, Esq. 2114 Fountain Springs Drive Henderson, Nevada 89074 Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000007, Payment 3.49546% | | 31.50 | 89,566.00 |
| * 03/26/13 | 003014 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000007, Payment 3.49546% | | -31.50 | 89,597.50 |
| * 03/26/13 | 003015 | John Aylsworth Lance R Minor Belofsky & Belofsky PC 33 N Dearborn St STe 2330 Chicago, IL 60602 | Claim 000008, Payment 3.49547% (8-1) Modified to correct creditors address information (Modified on 10/29/2009) | | 2,361.54 | 87,235.96 |
| * 03/26/13 | 003015 | John Aylsworth Lance R Minor Belofsky & Belofsky PC 33 N Dearborn St STe 2330 Chicago, IL 60602 | Claim 000008, Payment 3.49547% | | -2,361.54 | 89,597.50 |
| * 03/26/13 | 003016 | Karen Aylsworth Lance R Minor Belofsky & Belofsky PC 33 N Dearborn St Ste 2330 Chicago, IL 60602 | Claim 000009, Payment 3.49533% (9-1) Modified to correct creditors address information (Modified on 10/29/2009) | | 104.86 | 89,492.64 |

Page Subtotals            0.00        -6,215.09

LFORM2

Ver: 17.02g

Page:    7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14405 | ERW |
|---|---|---|
| Case Name: | AYLSWORTH, ROBERT J | |

Taxpayer ID No: *******5357
For Period Ending: 08/26/13

Trustee Name:        PHILIP V. MARTINO
Bank Name:           Congressional Bank
Account Number / CD #:    *******3630  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 03/26/13 | 003016 | Karen Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000009, Payment 3.49533% | | -104.86 | 89,597.50 |
| * | 03/26/13 | 003017 | Stephen F Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000010, Payment 3.49550%<br>(10-1) Modified to correct<br>creditors address information (Modified on 10/29/2009) | | 349.55 | 89,247.95 |
| * | 03/26/13 | 003017 | Stephen F Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000010, Payment 3.49550% | | -349.55 | 89,597.50 |
| * | 03/26/13 | 003018 | Danyelle Aylsworth<br>Lace R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000013, Payment 3.49542%<br>(13-1) Modified to correct<br>creditors address information (Modified on 10/29/2009) | | 138.14 | 89,459.36 |
| * | 03/26/13 | 003018 | Danyelle Aylsworth<br>Lace R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000013, Payment 3.49542% | | -138.14 | 89,597.50 |
| | 03/26/13 | 003019 | PHILIP V. MARTINO<br>QUARLES & BRADY LLP<br>SUITE 4000<br>300 NORTH LASALLE STREET<br>CHICAGO, IL  60654 | Chapter 7 Compensation/Fees | | 8,287.84 | 81,309.66 |

| | | | Page Subtotals | | 0.00 | 8,182.98 | |

Ver: 17.02g

FORM 2

Page:   8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-14405   ERW | |
| Case Name: | AYLSWORTH, ROBERT J | |

| | | |
|---|---|---|
| Taxpayer ID No: | *******5357 | |
| For Period Ending: | 08/26/13 | |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3630  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 03/26/13 | 003020 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | 14,293.10 | 67,016.56 |
| | 03/26/13 | 003021 | Internal Revenue Service P.O. Box 21126 Philadelpa, PA 19114 | Claim 000001, Payment 100.00000% | | 36,122.00 | 30,894.56 |
| | 03/26/13 | 003022 | Ililnois Department of Revenue | Claim 000007A, Payment 100.00000% | | 10,016.84 | 20,877.72 |
| | 03/26/13 | 003023 | Illinois Tollway PO Box 5201 Lisle, IL 60532 | Claim 000014, Payment 100.00000% | | 104.80 | 20,772.92 |
| | 03/26/13 | 003024 | Horseshoe Hammond 777 Casino Center Drive Hammond, IN 46320 | Claim 000002, Payment 3.49549% | | 6,117.10 | 14,655.82 |
| * | 03/26/13 | 003025 | Desert Palace, Inc. % Robert G. Aisenstein, Esq. 2114 Fountain Springs Drive Henderson, Nevada 89074 | Claim 000004, Payment 3.49549% | | 5,350.23 | 9,305.59 |
| | 03/26/13 | 003026 | Horseshoe Casino Hammond % Robert G. Aisenstein, Esq. 2114 Fountain Springs Drive Henderson, Nevada 89074 | Claim 000005, Payment 3.49549% | | 6,319.99 | 2,985.60 |
| | 03/26/13 | 003027 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Claim 000007, Payment 3.49546% | | 31.50 | 2,954.10 |
| * | 03/26/13 | 003028 | John Aylsworth Lance R Minor Belofsky & Belofsky PC 33 N Dearborn St STe 2330 Chicago, IL 60602 | Claim 000008, Payment 3.49549% (8-1) Modified to correct creditors address information (Modified on 10/29/2009) | | 2,361.55 | 592.55 |
| * | 03/26/13 | 003029 | Karen Aylsworth Lance R Minor | Claim 000009, Payment 3.49533% (9-1) Modified to correct creditors | | 104.86 | 487.69 |

| | | | |
|---|---|---|---|
| Page Subtotals | | 0.00 | 80,821.97 |

LFORM2

Ver: 17.02g

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-14405    ERW |
|---|---|
| Case Name: | AYLSWORTH, ROBERT J |
| Taxpayer ID No: | *******5357 |
| For Period Ending: | 08/26/13 |

| Trustee Name: | PHILIP V. MARTINO |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3630  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | address information (Modified on 10/29/2009) | | | |
| * 03/26/13 | 003030 | Stephen F Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000010, Payment 3.49550%<br>(10-1) Modified to correct<br>creditors address information (Modified on 10/29/2009) | | 349.55 | 138.14 |
| * 03/26/13 | 003031 | Danyelle Aylsworth<br>Lace R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000013, Payment 3.49542%<br>(13-1) Modified to correct<br>creditors address information (Modified on 10/29/2009) | | 138.14 | 0.00 |
| * 05/10/13 | 003028 | John Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St STe 2330<br>Chicago, IL 60602 | Claim 000008, Payment 3.49549% | | -2,361.55 | 2,361.55 |
| * 05/10/13 | 003029 | Karen Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000009, Payment 3.49533% | | -104.86 | 2,466.41 |
| * 05/10/13 | 003030 | Stephen F Aylsworth<br>Lance R Minor<br>Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | Claim 000010, Payment 3.49550% | | -349.55 | 2,815.96 |
| * 05/10/13 | 003031 | Danyelle Aylsworth<br>Lace R Minor | Claim 000013, Payment 3.49542% | | -138.14 | 2,954.10 |

| | Page Subtotals | 0.00 | -2,466.41 |
|---|---|---|---|

LFORM2

Ver: 17.02g

FORM 2

Page:   10

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:        09-14405      ERW

Case Name:      AYLSWORTH, ROBERT J

Taxpayer ID No:  *******5357

For Period Ending:  08/26/13

Trustee Name:        PHILIP V. MARTINO

Bank Name:           Congressional Bank

Account Number / CD #:   *******3630  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Belofsky & Belofsky PC<br>33 N Dearborn St Ste 2330<br>Chicago, IL 60602 | | | | |
| 05/10/13 | 003032 | John Aylsworth | (8-1) Modified to correct creditors<br>address information (Modified on 10/29/2009) | | 2,361.55 | 592.55 |
| 05/10/13 | 003033 | Karen Aylsworth | Distribution | | 104.86 | 487.69 |
| 05/10/13 | 003034 | Stephen F Aylsworth | Final Distribution<br>Final Distribution | | 349.55 | 138.14 |
| 05/10/13 | 003035 | Danyelle Aylsworth | Final Distribution<br>Final Distribution | | 138.14 | 0.00 |
| * 06/19/13 | 003025 | Desert Palace, Inc.<br>% Robert G. Aisenstein, Esq.<br>2114 Fountain Springs Drive<br>Henderson, Nevada 89074 | STOP PAYMENT REVERSAL<br>MANUAL STOP PAY ACCEPTANCE | | -5,350.23 | 5,350.23 |
| 06/27/13 | 003036 | Desert Palace, Inc.<br>c/o Robert G. Aisenstein<br>2846 Scotts Valley Drive<br>Henderson, NV  89052 | Claim 4, Payment 3.49549% | | 5,350.23 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 329,708.57 | 329,708.57 | 0.00 |
| Less: Bank Transfers/CD's | 29,708.57 | 0.00 | |
| Subtotal | 300,000.00 | 329,708.57 | |
| Less: Payments to Debtors | | 240,000.00 | |
| Net | 300,000.00 | 89,708.57 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - *******0409 | 40,756.71 | 11,048.14 | 0.00 |
| Checking Account - *******3630 | 300,000.00 | 89,708.57 | 0.00 |
| | 340,756.71 | 100,756.71 | 0.00 |
| Page Subtotals | 0.00 | 2,954.10 | |

LFORM2

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

Ver: 17.02g

FORM 2                                                                                          Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-14405   ERW | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | AYLSWORTH, ROBERT J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******3630  Checking Account |
| Taxpayer ID No: | *******5357 | | |
| For Period Ending: | 08/26/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | ============ (Excludes Account Transfers) | ============ (Excludes Payments To Debtors) | ============ Total Funds On Hand |

|  |  | Page Subtotals | 0.00 | 0.00 |

Ver: 17.02g